AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLERK
US DISTRICT & BANKRUPTCY COURTS
2008 MAY 22 PM 4: 10
RECEIVED

Ms. JAMIE EVANS

**SUMMONS IN A CIVIL CASE**

V.

Washington Center for Internships and
Academic Seminars, et al.

Case: 1:08-cv-00875
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/22/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

```
National Integrated Health Assocs.
a.k.a. Physical Medical Associates, LLC
SERVE REGISTERED AGENT:
Corporation Service Co.
1090 Vermont Ave. NW
Washington, DC 20005
```

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 2 2 2008
_____              _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 30, 2008, at approx. 4:40 PM |
| NAME OF SERVER (PRINT) Jon Pinkus | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Renee Rice accepted service at the office of the Registered Agent, 1090 Vermont Ave. NW, Suite 420.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 2 2008        *Jon Pinkus*
                Date                    Signature of Server

1625 Mass. Ave. NW
Address of Server
Suite 500
Washington, DC 20036
202.296.5600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.