UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ms. Jamie Evans,<br><br>    Plaintiff,<br><br>    v.<br><br>The Washington Center for<br>Internships and Academic Seminars, et al.<br><br>    Defendants | Case No. 1:08-cv-00875 |

ENTRY OF APPEARANCE

    I hereby enter my appearance on behalf of the following named defendants in the above captioned action:

    National Integrated Health Associates, L.L.C.

    Daniel G. Storck

Dated: June 18, 2008

_____
Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
D.C. Bar No. 425926
voice: 301-987-0970
fax: 301-987-0971
alandlmc@aol.com

CERTIFICATE OF SERVICE

    I certify that I have served the attached Entry of Appearance upon the opposing party's counsel by placing a copy in the U.S. mails, postage pre-paid, as listed below:

James R. Klimaski, Esq.
Klimaski & Associates P.C.
1625 Massachusetts Avenue, NW
Suite 500
Washington, D.C. 20036-2245

Date: June 18, 2008                                                   _____
                                                                              Alan Dumoff