## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMIE EVANS

    **Plaintiff,**

    **v.**

**WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY,** *et al.,*

    **Defendants.**

**Case No. 1:08–cv– 0875 –ESH**

**Judge Ellen Segal Huvelle**

**July 2, 2008**

## PLAINTIFF JAMIE EVANS' OPPOSITION TO MOTION TO QUASH INSUFFICIENT SERVICE ON NATIONAL INTEGRATED HEALTH ASSOCIATES, L.L.C.

Plaintiff Jamie Evans, through counsel, respectfully submits this opposition to the motion to quash for insufficient service on Defendant National Integrated Health Associates, L.L.C. (NIHA).

This Court should deny the motion because NIHA bases its argument on the wrong summons. There was a summons addressed solely to NIHA.[1] (Exhibit A).

## I. STATEMENT OF FACTS.

Corporation Service Company [2] is the registered agent for NIHA. Jon Pinkus, an employee of Klimaski & Associates, P.C., prepared a summons for NIHA. He served the

---

[1] Ms. Evans will not oppose the motion to quash service on Mr. Storck and will reserve him. We do note, however, that since Defendants' motion fails to include a proposed order, they are in violation of Local Civil Rule 7(c), and their pleadings are subject to being stricken from the record.

[2] The registered agent is located at 1090 Vermont Ave, NW, Washington, DC 2005.

summons for NIHA on Renee Rice of Corporation Service Co. on May 30, 2008, at approximately 4:40 PM, as stated on the Return of Service filed with this Court on June 2, 2008. Ms. Rice accepted service for NIHA.  (Exhibit B, Pinkus Affidavit).

## II.  ARGUMENT.

### Ms. Evans Properly Served NIHA.

Defendants claim that service of process on NIHA was insufficient, relying on the summons addressed to: "Dr. Daniel Stork of National Integrated Health Assocs."[3]  (Exhibit C). This argument, however, is misleading because Defendants ignore the summons addressed to "National Integrated Health Assocs., a.k.a., Physical Medical Associates, LLC."[4]

By focusing on the wrong summons, the one addressed to Mr. Storck, rather than the one addressed to NIHA, Defendants' argument borders on the misleading.

The correct summons meets the requirement of Fed.R.Civ.Pro 4, that the summons "be directed to the defendant."

Therefore, service on the registered agent for NIHA was sufficient, and the Court should deny the motion to quash as to NIHA.[5]

---

[3]  Defendants point out that Daniel Storck is not a doctor.  (Motion to Quash at 1).  Ms. Evans identified Mr. Storck as a doctor because a July 13, 2007, letter from Peter J. Stephens, Managing Director, Defendant Washington Center for Internships and Academic Seminars (Washington Center) to Mr. Storck addressed him as "Dr. Stork."  (Exhibit D).  Ms. Evans is filing an Amended Complaint to correct, among other things, the identification of Mr. Storck as "Dr." and the spelling of Mr. Storck's name.

[4]  The Amended Complaint also corrects "Physical **Medical** Associates, LLC" to "Physical **Medicine** Associates, LLC."  (Emphasis added).

[5]  In her Amended Complaint, Ms. Evans also identifies NIHA as a limited liability company.

Respectfully submitted,

**KLIMASKI & ASSOCIATES, P.C.**

July 2, 2008          */s/  **James R. Klimaski***
                      James R. Klimaski, #243543

July 2, 2008          */s/  **Lynn I. Miller***
                      Lynn I. Miller, #941559

                      1625 Massachusetts Avenue NW
                      Suite 500
                      Washington, DC 20036-2245
                      (202) 296-5600
                      (202) 296-5601 Fax
                      klimaski@klimaskilaw.com
                      miller@klimaskilaw.com

                      ***Counsel for Jamie Evans***

**Certificate of Service**

I certify that the foregoing ***Plaintiff Jamie Evans' Opposition to Motion to Quash***

***Insufficient Service on Defendant National Integrated Health Associates, LLC,*** will be served

to the following counsel for defendants through the Court's CM/ECF electronic notification

system –  upon the successful uploading and filing of electronic copies of the above along with

any attachments or exhibits – on July 2, 2008:

> Leslie H. Wiesenfelder
> Dow Lohnes PLLC
> 1200 New Hampshire Ave. NW
> Suite 800
> Washington, DC 20036-6802
> Fax  202-776-4726
> lwiesen@dowlohnes.com
>
> Alan Dumoff
> Law Office of Alan Dumoff
> 30 Windbrooke Circle
> Gaithersburg, MD 20879
> Fax  301-987-0971
> alandlmc@aol.com

*/s/  Jon Pinkus*
Klimaski & Associates, P.C.

4

*Exhibit A*

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

CLERK
US DISTRICT & BANKRUPTCY
COURTS

# UNITED STATES DISTRICT COURT
## District of Columbia

2008 MAY 22  PM 4: 10

RECEIVED

Ms. JAMIE EVANS

### SUMMONS IN A CIVIL CASE

V.

Washington Center for Internships and
Academic Seminars, et al.

Case: 1:08-cv-00875
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/22/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

```
National Integrated Health Assocs.
a.k.a. Physical Medical Associates, LLC
SERVE REGISTERED AGENT:
Corporation Service Co.
1090 Vermont Ave. NW
Washington, DC 20005
```

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY 2 2 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 30, 2008, at approx. 4:40 PM |

| NAME OF SERVER (PRINT) Jon Pinkus | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Renee Rice accepted service at the office of the Registered Agent, 1090 Vermont Ave. NW, Suite 420.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 2 2008     _Jon Pinkus_
　　　　　　　Date　　　　　　Signature of Server

1625 Mass. Ave. NW
Address of Server
Suite 500
Washington, DC 20036
202.296.5600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Service of Process

1:08-cv-00875-ESH EVANS v. WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS et al

JURY, TYPE-B

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Klimaski, James on 6/2/2008 at 2:31 PM and filed on 6/2/2008

| | |
|---|---|
| **Case Name:** | EVANS v. WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS et al |
| **Case Number:** | 1:08-cv-875 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. NATIONAL INTEGRATED HEALTH ASSOCIATES served on 5/30/2008, answer due 6/19/2008 (Klimaski, James)**

**1:08-cv-875 Notice has been electronically mailed to:**

James R. Klimaski    klimaski@klimaskilaw.com, kelly@klimaskilaw.com, miller@klimaskilaw.com, pinkus@klimaskilaw.com, skolnick@klimaskilaw.com

Lynn Ilene Miller    miller@klimaskilaw.com

Megins Sasha Skolnick    skolnick@klimaskilaw.com

**1:08-cv-875 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Z:\Legal\EVANS Jamie\NIHA-PMA Svc.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/2/2008] [FileNumber=1811190-0]
[32dcc51bafcea1dd618854b5e6597449282d99ee1cf4c41bf5c2562a09870d19a3353

18746add71ade1a1d92e0c9b11da80eec7d8519544885819b9dcd14cc04]]

*Exhibit   B*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**JAMIE EVANS**

Plaintiff

v.

**WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY,** *et al.,*

Defendants

**Case No. 1:08–cv– 0875 –ESH**

**Judge Ellen Segal Huvelle**

## AFFIDAVIT OF JON PINKUS
## REGARDING SERVICE OF DEFENDANTS NIHA
## AND DANIEL STORCK

I, Jon Pinkus, declare under penalty of perjury that the following is true and correct to the best of my knowledge, recollection, and belief:

1. My colleague, Donna M. Kelly, identified Corporation Service Co. as the Registered Agent for both National Integrated Health Associates (NIHA) and Daniel Storck, a.k.a. Dr. Daniel Stork.

2. Klimaski & Associates identified Daniel Storck as Dr. Daniel Stork during the preparation of Ms. Evans' complaint based on a July 13, 2007, letter she provided us from co-defendant Washington Center for Internships and Academic Seminars to co-defendant, one "Dr. Daniel Stork [sic], National Integrative Health Associates, 5225 Wisconsin Avenue NW, Suite 401, Washington, DC  20015" notifying Storck and NIHA that the Washington Center for Internships would no longer place interns with co-defendant Center for Integrative Body Therapies due to "inappropriate behavior in the workplace."

3.  Thus, I prepared summonses for Mr. Storck as Dr. Daniel Stork and NIHA — and served them to Ms. Renee Rice of Corporation Service Co. (CSC) of 1090 Vermont Ave. NW in Washington, DC, on May 30, 2008, at approximately 4:40 PM, as stated on the respective Returns of Service already filed with this Court on June 2, 2008.  CSC owns and operates Prentice Hall Corporation Systems, confirmed by Ms. Rice, and is thus authorized to accept service.

4. Ms. Rice stated she accepted service for both Mr. Storck, whom we had identified as Dr. Daniel Stork as noted above, and for NIHA.  She provided me with her business card in the event any followup might be required.  She did not state to me or otherwise alert me that either Storck/Stork or NIHA were misidentified, or that she could not otherwise accept service for them.  She accepted service of both.

Respectfully submitted,

June 30, 2008

    _/s/ Jon Pinkus_____
Jon Pinkus

Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW
Suite 500
Washington, DC  20036-2245
202-296-5600

**Firm Administrator and Process Server**

*Help us improve Wikipedia by **supporting it financially**.*

# Corporation service company

From Wikipedia, the free encyclopedia

**Corporation Service Company** ("CSC") is the second largest Registered Agent service company in the world representing hundreds of thousands of business entities worldwide including a substantial number of the Fortune 1000.

## Corporation Service Company (CSC)



| | |
|---|---|
| **Type** | Privately Held Corporation |
| **Founded** | Delaware (1899) |
| **Headquarters** | 🇺🇸 Wilmington, Delaware, USA |
| **Industry** | Registered Agent, Corporate Governance, Corporate Compliance, Name and Intellectual Property Management |
| **Products** | IncSpot, RecordsCenter, Powerbrief[SM], SameDay SOP[SM] |
| **Employees** | 1,000+ *(need citation)* |
| **Website** | cscglobal.com (http://www.cscglobal.com/) |

## Contents

- 1 History
- 2 Corporate affairs
- 3 References
- 4 External links

# History

CSC commenced business in 1899. Otho Nowland, then President of Equitable Guarantee & Trust Company suggested to a young lawyer named Christopher Ward that they together establish an agency to assist and facilitate in organizing business entities (Corporations, LLC's, etc.) and subsequently acting as their registered agent. With only an initial investment by Nowland and Ward, "The Delaware Incorporators' Trust Company" was created. A similar company was formed separately by Josiah Marvel who was a well-respected attorney and then leader of the American Bar Association, The Delaware Bar Association and the Delaware State Chamber of Commerce.[1]

In 1920, Ward and Marvel combined their companies under the name "Corporation Service Company" (CSC).[2] Through the 1970s, CSC continued to serve only Delaware business entities. The company increased in size along with Delaware's then reputation as "The Corporate State". In 1975, Daniel R. Butler joined CSC as part-time president. At this time, CSC had only 12 employees. From 1976 to 1979, under the direction of Butler, CSC underwent a campaign of advertising and marketing and increasing the number of sales staff to facilitate growth. During this time, CSC grew from a small "Delaware only" service provider to the industry's leading privately held company and achieved record annual sales.

From 1980 to 1985, CSC continued to grow and received an infusion from the sale of its subsidiary company, the "Delaware Charter Guarantee & Trust Company", which it had acquired in 1977.[3] In 1990, CSC acquired Florida-based "Corporate Information Services" (CIS). This acquisition was the first of many designed to expand CSC's scope beyond the State of Delaware. Between 1990 and 1998, CSC continued expanding through acquisitions of 9 other service providers including Prentice Hall Legal & Financial Services in 1995 and Entity Service Group, LLC in 1998. After this period, CSC had a solid footprint outside the State of Delaware in major cities throughout the United States.

Between 1990 and 1999, CSC acquired The Company Corporation (which was one of the first companies to provide incorporation services via the internet),[4] and Corporate Agents.

In 2002 CSC acquired Powerbrief's litigation management application in order to facilitate offering litigation and matter management solutions to their clients. This same year, CSC's subsidiary, "Corporate Domains, Inc." became an ICANN accredited domain registrar and began managing domain names for CSC's many Fortune 500 clients. The culmination of CSC's acquisition strategy resulted in the release of RecordsCenter[SM] which is an online application combining "Compliance, Governance and Intellectual Property" tools.

In 2003, CSC acquired Lexis-Nexis Document Solutions[5] to supplement its Uniform Commercial Code (UCC), secured lending, and motor vehicle services.

In 2006, CSC launched and expanded to offer incorporation and registered agent services to specific small-business sectors. They also created a new trust company, "The Capital Trust Company of Delaware" which provides corporate trustee services for personal and Delaware business trusts.

As of October 2006, CSC represented 121,979 entities in Delaware and 9,500 active entities in Nevada.[6]

# Corporate affairs

In recent years, CSC has been positioning themselves as an integrated solution to corporate governance. Through acquisitions of other firms, they have grown and amassed governance tools and name management systems. They are known to be fiercely competitive and it is rumored that every new employee at CSC is given an actual golden spike and told that they are to drive it through the heart of CT Corporation, CSC's larger competitor. The current president of CSC, Bruce R. Winn is known as an aggressive personality that makes known his strong desire to surpass CT Corporation as the largest agent service company.

# References

1. ^ "How Delaware Became No. 1 (http://select.nytimes.com/gst/abstract.html?res=F10A1EF7355E157493CBA9178ED85F428785F9) " (fee required), *The New York Times*, 1976-05-09. Retrieved on 2008-04-20.
2. ^ "Miss Ward Has Bridal (http://query.nytimes.com/gst/fullpage.html?res=9A0CEEDD143BF934A25753C1A964948260) ", *The New York Times*, 1982-10-07. Retrieved on 2008-04-20.
3. ^ United States Congress. House Committee on Energy and Commerce. Subcommittee on Telecommunications, Consumer Protection, and Finance (1984). *Financial Restructuring: The Road Ahead : Hearings Before the Subcommittee*. U.S. G.P.O., pp 394-395.
4. ^ Sniffen, Carl R. J. (2001). *Incorporating Your Business for Dummies*. John Wiley & Sons. ISBN 0764553410.
5. ^ "LexisNexis sells document solutions unit to Corporation Service Co. (http://www.accessmylibrary.com/coms2/summary_0286-32427241_ITM) ", *Legal Publisher*, 2003-05-31. Retrieved on 2008-04-20.
6. ^ Delaware Division of Corporations / Nevada Secretary of State

   - CSC's History Page is source for much of the history content (https://www.cscglobal.com/cscglobal/history.csc)

# External links

- Corporation Service Company (CSC) (http://www.incspot.com/) Official Website

Retrieved from "http://en.wikipedia.org/wiki/Corporation_service_company"
Categories: Privately held companies of the United States | Service companies of the United States | Contract law | Legal organizations
Hidden categories: Articles needing additional references from April 2008 | All articles with unsourced statements | Articles with unsourced statements since April 2008

- This page was last modified on 23 April 2008, at 09:42.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.



| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC G |

Mayor Adria



WELCOME TO WASHINGTON
**District of Columbia**

## Organization Information

**DCRA HOME**

**SERVICES**

**INFORMATION**

**ONLINE SERVICE REQUESTS**

## Online Organization Registration
### Search Registered Organizations

**Organization Details - Step** 1 2 **3**

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| **Organization** | | **Registered Agent** |
|---|---|---|
| **Organization Name:** | PHYSICAL MEDICINE ASSOCIATES, LLC | Corporation Service Company |
| **State:** | DC | 1090 Vermont Ave., N.W. Washington, DC 20005 |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 4/28/2006 | |
| **File No.:** | L28238 | |
| **Organization Type:** | DOMESTIC LIMITED LIABILITY COMPANY | |

[ << Back to Main Page ]    [ < Return To Search Results ]    [ Print Results ]
[ New Search ]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

*Articles of org - list*
*Daniel Stork as organiz*

| | | |
|---|---|---|
| Cronic Jason Attorney<br>1776 K Street<br>Northwest<br>Washington, DC 20006<br>(202)719-7175 | Crosa Eduardo Attorney<br>1330 Connecticut Avenue<br>Northwest<br>Washington, DC 20036<br>(202)429-6458 | Crosby Lisa A Attorney<br>1501 K Street Northwest<br>Washington, DC 20005<br>(202)736-8754 |
| Crosland Edward B<br>Attorney<br>1101 Connecticut<br>Avenue Northwest<br>Washington, DC 20036<br>(202)828-2419 | Crosland Edward B<br>Attorney<br>1722 I Street Northwest<br>Washington, DC 20006<br>(202)429-4222 | Cross H Kay Lawyer<br>1275 Pennsylvania Avenue<br>Northwest<br>Washington, DC 20004<br>(202)383-0114 |
| Cross Gary E. Attorney<br>1100 Connecticut<br>Avenue N.W. Suite 410<br>Washington, DC 20036<br>(202)862-9700 | Cross Murphy Smuck<br>Houston<br>1233 20th Street NW<br>Suite 610<br>Washington, DC 20036<br>(202)393-8668 | Crosswhite Christopher L<br>Attorney<br>1667 K Street Northwest Bsmt<br>Washington, DC 20006<br>(202)776-7846 |
| Crosswhite Christopher<br>L Attorney<br>1455 Pennsylvania<br>Avenue Northwest<br>Washington, DC 20004<br>(202)639-6794 | Crouch Christopher<br>Attorney<br>2300 N Street Northwest<br>Lbby<br>Washington, DC 20037<br>(202)663-8459 | Crowder Kimberly A Attorney<br>2300 N Street Northwest Lbby<br>Washington, DC 20037<br>(202)663-8325 |
| Crowe Christine M.<br>Attorney<br>2300 N Street N.W.<br>Suite 700<br>Washington, DC 20037<br>(202)383-3334 | Crowe Thomas K.<br>Attorney<br>1250 24th Street N.W.<br>Suite 300<br>Washington, DC 20037<br>(202)263-3640 | Crowell Dean<br>555 13th St Nw<br>Washington, DC 20004<br>(202)637-5829 |
| Crowell Eldon H<br>Lawyer<br>1001 Pennsylvania<br>Avenue Northwest<br>Washington, DC 20004<br>(202)624-2525 | Crowell Eldon H Lawyer<br>2101 Connecticut Avenue<br>Northwest<br>Washington, DC 20008<br>(202)483-8709 | Crutcher Catherine M Attorney<br>1776 K Street Northwest<br>Washington, DC 20006<br>(202)719-7557 |
| Cruz Leslie Sperling<br>Attorney<br>1011 Pennsylvania<br>Avenue Northwest # 11<br>Washington, DC 20004<br>(202)739-5515 | CSC Corporation Service<br>Company<br>1090 Vermont Avenue<br>Northwest Suite 430<br>Washington, DC 20005<br>(202)408-3120 | CSC United States Corporation<br>Company Corporation Service<br>Company<br>1090 Vermont Avenue Northwest<br>Suite 430<br>Washington, DC 20005<br>(202)408-3121 |
| Cubert Jeremy Attorney<br>2101 L Street Northwest<br>Washington, DC 20037<br>(202)828-4817 | Cuilwik Alysia Attorney<br>2101 L Street Northwest<br>Washington, DC 20037<br>(202)775-4749 | Cullen Lawrence E Attorney<br>555 12th Street Northwest<br>Washington, DC 20004<br>(202)942-5477 |
| Cullen Thomas F Jr<br>Attorney<br>655 15th Street<br>Northwest<br>Washington, DC 20005<br>(202)879-3924 | Cullinan Patrick<br>1804 T Street Northwest<br>Washington, DC 20009<br>(202)387-2688 | Culotta And Culotta Llp<br>1615 L St Nw<br>Washington, DC 20036<br>(202)457-8888 |
| Culvahouse Arthur B Jr<br>Lawyer<br>555 13th Street<br>Northwest<br>Washington, DC 20004<br>(202)383-5388 | Culver John C Attorney<br>1050 Connecticut Avenue<br>Northwest Lowr<br>Washington, DC 20036<br>(202)857-6152 | Cumberbatch David<br>419 7th Street Northwest Suite<br>401<br>Washington, DC 20004<br>(202)393-1439 |

*Headquarters*
*1-800-927-9800*

*Exhibit   C*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2008 MAY 22 PM 4: 10

RECEIVED

Ms. JAMIE EVANS

**SUMMONS IN A CIVIL CASE**

V.

Washington Center for Internships and
Academic Seminars, et al.

CA

Case: 1:08-cv-00875
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/22/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

Dr. Daniel Stork of National Integrated Health Assocs.
SERVE REGISTERED AGENT:
Corporation Service Co.
1090 Vermont Ave. NW
Washington, DC 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY 2 2 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | On May 30, 2008, at approx. 4:40am |

| NAME OF SERVER (PRINT) Jon Pinkus | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Renee Rice accepted at the office of the Registered Agent, 1090 Vermont Ave. NW, Suite 470.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 2 2008        [signature] Jon Pinkus
                Date                Signature of Server

        1625 Mass. Ave. NW
              Address of Server
        Suite 500
        Washington, DC 20036
        202 · 296 · 5600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Service of Process

1:08-cv-00875-ESH EVANS v. WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC
SEMINARS et al
JURY, TYPE-B

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Klimaski, James on 6/2/2008 at 2:33 PM and filed on 6/2/2008

| | |
|---|---|
| **Case Name:** | EVANS v. WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS et al |
| **Case Number:** | 1:08-cv-875 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DANIEL STORK
served on 5/30/2008, answer due 6/19/2008 (Klimaski, James)**


**1:08-cv-875 Notice has been electronically mailed to:**

James R. Klimaski    klimaski@klimaskilaw.com, kelly@klimaskilaw.com, miller@klimaskilaw.com,
pinkus@klimaskilaw.com, skolnick@klimaskilaw.com

Lynn Ilene Miller    miller@klimaskilaw.com

Megins Sasha Skolnick    skolnick@klimaskilaw.com

**1:08-cv-875 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Z:\Legal\EVANS Jamie\Daniel Stork Svc.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/2/2008] [FileNumber=1811198-0]
[a5c425d64cf18fa1d33179ae833b4c392d81f4bbc3271e4d7ac8efce60708c2230316
d2b3e6937799d7c418e2c452d358be893ecb62e2b99b37887eb302314cd]]

*Exhibit   D*



*The Washington Center for Internships and Academic Seminars provides an integrated academic and work experience to prepare college students and professionals for lives of achievement and civic engagement*

13 July 2007

Dr. Daniel Stork
National Integrative Health Associates
5225 Wisconsin Avenue NW, Suite 401
Washington DC   20015

Dear Dr. Stork:

I am writing to inform you that Ms. Jamie Evans who was an intern in Dr. Steve Kulawy's office will not continue her professional training with the Center for Integrative Body Therapies. Please have her immediate supervisor complete her final evaluation and return it to me as soon as possible. Due to what we consider inappropriate behavior in the workplace, we will no longer place interns with the Center for Integrative Body Therapies.

Please have Ms. Evan's evaluation sent to me at The Washington Center, 1333 – 16th Street NW, Washington, DC 20036.

Sincerely yours,

Peter J. Stephens
Managing Director