IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON CENTER FOR<br>INTERNSHIPS AND<br>ACADEMIC SEMINARS, et al.,<br><br>    Defendants. | Civil Action No. 1:08-cv-00875-ESH |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Leslie H. Wiesenfelder as counsel of record in this case for Defendant Washington Center for Internships and Academic Seminars.

Dated: July 7, 2008         By: _/s/ Leslie H. Wiesenfelder_
                                Leslie H. Wiesenfelder
                                (D.C. Bar No. 173500)

                                DOW LOHNES PLLC
                                1200 New Hampshire Ave., N.W.
                                Suite 800
                                Washington, DC 20036
                                Tel:(202) 776-2726
                                Fax: (202) 776- 4726 or (202) 776- 2222
                                Email: lwiesen@dowlohnes.com

                                Attorneys for Defendant
                                Washington Center for Internships and
                                Academic Seminars