UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE EVANS<br><br>**Plaintiff,**<br><br>v.<br><br>**WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY,** *et al.,*<br><br>**Defendants.** | Case No. 1:08–cv– 0875 –ESH<br><br><br>July 10, 2008 |

**PLAINTIFF JAMIE EVANS' OPPOSITION TO MOTION TO QUASH FOR INSUFFICIENT SERVICE ON STEVEN KULAWY
AND THE CENTER FOR INTEGRATIVE BODY THERAPIES**

Plaintiff Jamie Evans, through counsel, respectfully submits this opposition to the motion to quash for insufficient service on Steven Kulawy and the Center for Integrative Body Therapies (the Center, or CIBT).

This Court should deny the motion because these Defendants base their argument of improper service on a faulty claim. While the process server did not give Kulawy the papers for him and CIBT directly, Daniel Storck accepted service for Kulawy and CIBT while Dr. Kulawy was engaged with patients.

Mr. Storck stated to the process server that he was authorized to accept service for Kulawy and CIBT (Pinkus Affidavit, attached).

### I. STATEMENT OF FACTS.

Jon Pinkus, an employee of Klimaski and Associates, P.C., obtained the summonses for Steven Kulawy and CIBT.

He served the summons for Kulawy and CIBT on Daniel Storck on June 11, 2008, in the Reception Room at the office of CIBT, now located on the 4th Floor of 5525 Wisconsin Avenue NW, in Washington, DC.

## II. ARGUMENT

Defendants Kulawy and CIBT claim that service of process on them was insufficient because Mr. Pinkus did not directly give them the summons.

This argument, however, is invalid. Daniel Storck stated to Mr. Pinkus that he was authorized to accept service for both CIBT and Steven Kulawy.

Upon stating that he was authorized to receive service for CIBT and Dr. Kulawy, Mr. Storck took possession of the summons for Kulawy and the summons for CIBT.

Therefore, service on Defendant Kulawy and Defendant CIBT was proper under Fed. R. Civ. Pro 4(e)(2)(C.)

## CONCLUSION

In light of the above, this Court should deny the motion to quash service on Defendants CIBT and Kulawy.

July 10, 2008                                       Respectfully submitted,

**KLIMASKI & ASSOCIATES, P.C.**

  /s/  *James R. Klimaski*
James R. Klimaski, #243543

  /s/  *Lynn I. Miller*
Lynn I. Miller, #941559

1625 Massachusetts Avenue NW
Suite 500
Washington, DC 20036-2245
(202) 296-5600, Fax (202) 296-5601

klimaski@klimaskilaw.com
miller@klimaskilaw.com

*Counsel for Jamie Evans*

**Certificate of Service**

I certify that the foregoing ***Plaintiff Jamie Evans' Opposition to Motion to Quash Insufficient Service on Defendant Steven Kulawy and the Center for Integrative Body Therapies*** will be served to the following counsels for defendants through the Court's CM/ECF electronic notification system – upon the successful uploading and filing of electronic copies of the above along with any attachments or exhibits – on July 10, 2008:

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Ave. NW
Suite 800
Washington, DC 20036-6802
Fax  202-776-4726
lwiesen@dowlohnes.com

Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
Fax  301-987-0971
alandlmc@aol.com

  /s/  Jon Pinkus
Klimaski & Associates, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIE EVANS**<br><br>     **Plaintiff,**<br><br>           v.<br><br>**WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY**, *et al.,*<br><br>     **Defendants.** | Case No. 1:08–cv– 0875 –ESH<br><br><br><br>July 3, 2008 |

### AFFIDAVIT OF JON PINKUS
### REGARDING SERVICE OF PROCESS ON
### DEFENDANTS STEVEN KULAWY
### AND THE CENTER FOR INTEGRATIVE BODY THERAPIES

I declare and affirm, under penalty of perjury, that I am an adult citizen of the United States, am not a party in the above-captioned matter, and that the following is true and correct to the best of my knowledge, recollection, and belief.

1. On or about June 11, 2008, I returned to the office of the Center for Integrative Body Therapies (the Center, or CIBT) at 5525 Wisconsin Ave. NW in Washington hoping to serve Steven Kulawy and an authorized representative of the Center.

2. I informed the receptionist that I had important papers for Kulawy and the Center, and was asked to wait in the reception area since Kulawy had not arrived to see patients yet. On a visit to the Center the day before, the same receptionist had indicated when his first patient would be on June 11th, so I arrived a little early so I could meet him and not disrupt any visits with patients.

3. However, Kulawy never identified himself to me when he did arrive, and after 45 minutes or an hour waiting, a middle-aged white male approached and identified himself as Daniel Storck.

4. I told him my purpose, and asked if he were authorized to accept service for the Center and Kulawy. He responded, "Yes," and held his hands out to receive the two large envelopes I had brought with me, each clearly labeled.

5. I handed both envelopes to him, and thanked him for his courtesy. He responded grimly, in hushed tones under his breath and with clenched teeth something to the effect that it "wasn't a matter of thank you." There were patients waiting nearby, and I did not wish to make a scene, so I did not ask him to clarify his comment. He then quickly left the reception area, and I left shortly thereafter.

7. I understand that Storck has subsequently informed the Court that the Center for Integrative Body Therapies has no formal corporate existence, and so cannot be named in a lawsuit. I find it strange he failed to inform me likewise on June 11, 2008, when I asked if he were authorized to accept service on behalf of the Center, and that he had answered yes on accepting service and voluntarily received the envelopes from me.

                                                          Respectfully,

July 3, 2008                                 */s/ Jon Pinkus*

                                                1625 Massachusetts Ave. NW
                                                Suite 500
                                                Washington, DC  20036-2245
                                                202-296-5600

                                                ***Process Server***