UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ms. Jamie Evans,<br><br>    Plaintiff,<br><br>    v.<br><br>The Washington Center for<br>Internships and Academic Seminars, et al.<br><br>    Defendants | Case No. 1:08-cv-00875 |

**LINE FILING PROPOSED ORDERS FOR DEFENDANT'S MOTION TO DISMISS; MOTION TO ACCEPT CORRECTION OF FILING NUNC PRO TUNC**

    In striving to meet the deadline imposed by receipt of the Summons and Complaint, and the effort to construct a timely response due during a three day trial in which the undersigned counsel was engaged, the counsel neglected to include a proposed order as required by local rule 7(c). By this line, Defendant seeks to include the proposed order before the matter is ripe for judgment, notes its omission was only one of neglect while focusing on the merits of the Evans matter while in trial.

    Wherefore, Defendant by counsel respectfully asks that his filing of the Proposed Orders Accompanying DEFENDANTS' NATIONAL INTEGRATED HEALTH ASSOCIATES, CENTER FOR INTEGRATIVE BODY THERAPIES, AND DANIEL G. STORCK'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND TO QUASH SERVICE PURSUANT TO FRCP 12(b)(5) be hereby accepted for filing *Nunc Pro Tunc.*

SIGNATURE NEXT PAGE

Dated: July 10, 2008

*Alan Dumoff*

_____
Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
D.C. bar No. 425926
voice: 301-987-0970
fax: 301-987-0971
alandlmc@aol.com

## CERTIFICATE OF SERVICE

    I certify that I have served the attached **LINE FILING PROPOSED ORDERS FOR DEFENDANT'S MOTION TO DISMISS; MOTION TO ACCEPT CORRECTION OF FILING NUNC PRO TUNC** upon the opposing party's counsel by successfully electronically filing the document with the Court's CMF filing system.

James R. Klimaski, Esq.
Klimaski & Associates P.C.
1625 Massachusetts Avenue, NW
Suite 500
Washington, D.C. 20036-2245

Date: July 10, 2008

*Alan Dumoff*
_____
Alan Dumoff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ms. Jamie Evans,<br><br>    Plaintiff,<br><br>v.<br><br>The Washington Center for<br>Internships and Academic Seminars, et al.<br><br>    Defendants | Case No. 1:08-cv-00875 |

## ORDER

UPON CONSIDERATION OF LEAVE TO FILE PROPOSED ORDERS UPON THESE MOTIONS NUNC PRO TUNC, and any opposition thereto, the ORDER is GRANTED and the Orders are accepted for filing.

FURTHER, UPON CONSIDERATION of the DEFENDANTS NATIONAL INTEGRATED HEALTH ASSOCIATES, CENTER FOR INTEGRATIVE BODY THERAPIES, AND DANIEL G. STORCK'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND TO QUASH SERVICE PURSUANT TO FRCP 12(b)(5), the OPPOSITION thereto, and DEFENDANT'S REPLY, it is this _____ of _____, 2008;

HEREBY ORDERED, THAT:

___ Plaintiff's Complaint is in its Entirety DISMISSED with prejudice;
___ Plaintiff's Complaint is in its Entirety DISMISSED without prejudice;

Or, alternatively,

THE FOLLOWING PARTIES BE DISMISSED AS TO ALL COUNTS AGAINST THEM WITH PREJUDICE:

___ Daniel G. Storck
___ Center for Integrative Body Therapy
___ National Integrated Health Associates, LLC

THE FOLLOWING PARTIES BE DISMISSED AS TO ALL COUNTS AGAINST WITHOUT PREJUDICE:

___ Daniel G. Storck
___ Center for Integrative Body Therapy
___ National Integrated Health Associates, LLC

Dated: _____        _____
                                                    Honorable Judge Helen Segal Huvelle

cc:    Alan Dumoff, Esq.
D.C. Bar No. 425926
Attorney for Storck, CIBT, NIHA, Kulawy
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
Voice: 301-987-0970
Fax: 301-987-0971
E-mail: alandlmc@aol.com

Leslie H. Weisenfelder, Esq.
D.C. Bar No, 173500
Attorney for Defendant Washington Center for Internships and Academic Seminars.
Dow Lohnes, PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, D.C. 20036
Voice: 202-776-2746
Fax: 202-776-4726
E-mail: lweisen@dowlohnes.com

James R. Klimaski, Esq.
Bar No. 243543
Attorney for Jamie Evans
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC 20036-2245
Voice: (202) 296-5600
Fax: (202) 296-5601
klimaski@klimaskilaw.com