UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE EVANS<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY, *et al.*,<br><br>    Defendants. | Case No. 1:08–cv– 0875 –ESH<br><br><br><br>July 17, 2008 |

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME
TO AUGUST 18, 2008, TO FILE HER OPPOSITION
TO DEFENDANT WASHINGTON CENTER FOR INTERNSHIPS'
MOTION TO DISMISS COUNT I OF THE FIRST AMENDED COMPLAINT**

Plaintiff Jamie Evans, through counsel, files this motion to extend time to August 18, 2008, file her opposition to Defendant Washington Center for Internships and Academic Seminars' (WCIAS') motion to dismiss. This opposition is currently due on or about July 30, 2008.

Ms. Evans' counsel telephoned Leslie Wiesenfelder, counsel for the Defendant WCIAS, earlier today to confer on this request, and Mr. Wiesenfelder consents to this extension. In further support of this motion, Ms. Evans states:

This extension will accommodate the summer business travel and vacation schedules of Ms. Evans' attorneys. In addition, her counsel are also responding to several other motions to dismiss, as well as motions and cross-motions for summary judgment during this same time period.

Plaintiff seeks this extension in good faith.  The extension will not prejudice any of the parties to this matter, and permitting Ms. Evans counsel additional time to formulate her response will aid the parties and the Court in the development and resolution of this action.

## CONCLUSION

Accordingly, Ms. Evans respectfully requests that this Court extend the time for filing her opposition to WCIAS' motion to dismiss Count I of the First Amended Complaint to August 18, 2008.  A draft Order accompanies this motion should the Court wish to use it.

>     Respectfully submitted,
>
>     **KLIMASKI & ASSOCIATES, P.C.**

July 17, 2008

>      */s/  James R. Klimaski*
>     James R. Klimaski, #243543
>     Lynn I. Miller, #941559
>     Megins S. Skolnick, #498452
>
>     Klimaski & Associates, P.C.
>     1625 Massachusetts Ave., NW
>     Suite 500
>     Washington, D.C. 20036-2001
>     (202) 296-5600
>     Fax:  (202) 296-5600
>     Klimaski@Klimaskilaw.com
>     Miller@Klimaskilaw.com
>
>     *Attorneys for Jamie Evans*

---

**Certificate of Service**

I certify that the foregoing *Plaintiff Jamie Evans' Consent Request for an Extension to Aug. 18, 2008, to File Her Opposition to Defendant WCIAS' motion to dismiss Count I of the First Amended Complaint* will be served to the following counsel for defendants through the Court's CM/ECF electronic notification system – upon the successful uploading and filing of electronic copies of the above – on July 17, 2008:

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Ave. NW
Suite 800
Washington, DC 20036-6802
Fax  202-776-4726
lwiesen@dowlohnes.com

Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
Fax  301-987-0971
alandlmc@aol.com

　　　　　　　　　　　　　　　　　　　　　  /s/  Jon Pinkus
　　　　　　　　　　　　　　　　　　　　　Klimaski & Associates, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE EVANS<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY, *et al.*,<br><br>    Defendants. | Case No. 1:08–cv– 0875 –ESH |

**ORDER**

In light of Ms. Evans' timely request for an extension to August 18, 2008, to file an opposition to The Washington Center for Internships' motion to dismiss Count I of Ms. Evans' first amended complaint, and The Center's consent to that request, it is hereby

**ORDERED** that Ms. Evans and her counsel shall have up to and including August 18, 2008, to file the above Opposition.

_____                _____
Date                                                    Ellen S. Huvelle
                                                             United States District Judge

Copies to counsel
Via the Court's
CM/ECF notification system.