UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ms. Jamie Evans | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-0875-ESH |
| v. | ) |
| The Washington Center for Internships and Academic Seminars, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, First Amended Complaint and Complaint

SERVE TO: Steven Kulawy
SERVICE ADDRESS: 5405 Nibud Court, Rockville, Maryland 20852-4666

DATE SERVED: July 14, 2008   TIME SERVED: 9:00 PM

PERSON SERVED: Steven Kulawy, personally

Described herein:
Gender: Male   Race/Skin: White   Hair: Brown   Age: 54   Height: 5'8"   Weight: 170

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7.15.08
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005048                                                      Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ms. Jamie Evans

SUMMONS IN A CIVIL CASE

V.

Washington Ctr. for Internships and
Academic Seminars, Steven Kulawy, et al.

CASE NUMBER:   1:08-cv-0875-ESH

TO: (Name and address of Defendant)

STEVEN KULAWY
5525 Wisconsin Ave. NW
Suites 401, 409
Washington, DC  20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the amended complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            JUL 07 2008
CLERK                              DATE

(By) DEPUTY CLERK