UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ms. Jamie Evans<br><br>**Plaintiff**<br><br>v.<br><br>The Washington Center for Internships and Academic Seminars, et al.<br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-0875-ESH<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, First Amended Complaint and Complaint

SERVE TO: Daniel G. Storck
SERVICE ADDRESS: 8512 Stable Drive, Alexandria, Virginia 22308

DATE SERVED: July 16, 2008   TIME SERVED: 8:31 PM

PERSON SERVED: Daniel G. Storck, personally

Described herein:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 45    Height: 6'2"    Weight: 170

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-18-08
Executed on:

Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005047                                                                                                Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ms. Jamie Evans

**SUMMONS IN A CIVIL CASE**

V.

Washington Ctr. for Internships and
Academic Seminars, Steven Kulawy, et al.

CASE NUMBER:  1:08-cv-0875-ESH

TO: (Name and address of Defendant)

DANIEL G. STORCK
5525 Wisconsin Ave. NW
Suite 401
Washington, DC 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the *amended* complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 07 2008

CLERK                                                         DATE

(By) DEPUTY CLERK