UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIE EVANS** <br><br> **Plaintiff,** <br><br> v. <br><br> **WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY,** *et al.,* <br><br> **Defendants.** | Case No. 1:08–cv– 0875 –ESH <br><br><br> August 7, 2008 |

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME
TO SEPTEMBER 3, 2008, TO FILE HER OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS HER FIRST AMENDED COMPLAINT**

Plaintiff Jamie Evans, through counsel, files this motion to extend time to September 3, 2008, file her opposition to Defendants' motion to dismiss filed earlier this week on August 4, 2008.  This opposition is currently due on August 18, 2008.

Yesterday, Ms. Evans' counsel telephoned Alan Dumoff, counsel for the Defendants filing the new motion to dismiss, to confer on this request, and Mr. Dumoff consents to this extension.  Mr. Dumoff also asks that his clients' subsequent Reply be due to the Court on September 24, 2008, and Ms. Evans and her counsel consent to that request as well.

In further support of this motion, Ms. Evans states:

This extension will accommodate the summer business travel and work schedules of Ms. Evans' attorneys.  They already have several other major briefs due relating to motions to dismiss and summary judgment during mid-August, including two before this Court in other matters.

Plaintiff seeks this extension in good faith. The extension will not prejudice any of the parties to this matter, and permitting Ms. Evans counsel additional time to formulate her response will aid the parties and the Court in the development and resolution of this motion.

## CONCLUSION

Accordingly, Ms. Evans respectfully requests that this Court extend the time for filing her opposition to Defendants' new motion to dismiss the First Amended Complaint to September 3, 2008. A draft Order accompanies this motion.

                                        Respectfully submitted,

                                        **KLIMASKI & ASSOCIATES, P.C.**

August 7, 2008                          /s/ *James R. Klimaski*
                                        James R. Klimaski, #243543
                                        Lynn I. Miller, #941559
                                        Megins S. Skolnick, #498452

                                        Klimaski & Associates, P.C.
                                        1625 Massachusetts Avenue NW
                                        Suite 500
                                        Washington, D.C. 20036-2245
                                        (202) 296-5600
                                        Fax: (202) 296-5600
                                        Klimaski@Klimaskilaw.com
                                        Miller@Klimaskilaw.com
                                        Skolnick@Klimaskilaw.com

                                        ***Attorneys for Jamie Evans***

**Certificate of Service**

I certify that the foregoing *Plaintiff's Consent Request for an Extension to Sept. 3, 2008, to File Her Opposition to Defendants' motion to dismiss the First Amended Complaint* will be served to the following counsel for defendants through the Court's CM/ECF electronic notification system – upon the successful uploading and filing of electronic copies of the above – on August 7, 2008:

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Ave. NW
Suite 800
Washington, DC 20036-6802
Fax  202-776-4726
lwiesen@dowlohnes.com

Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
Fax  301-987-0971
alandlmc@aol.com

　　　　　　　　　　　　　　　　　　　　 */s/  Jon Pinkus*
　　　　　　　　　　　　　　　　　　　　Klimaski & Associates, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE EVANS<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY, *et al.*,<br><br>    Defendants. | Case No. 1:08–cv– 0875 –ESH |

**ORDER**

In light of Ms. Evans' timely request for an extension to September 3, 2008, to file an opposition to defendants' motion dismiss Ms. Evans' first amended complaint, and the consent of those defendants filing that motion to dismiss to her request, it is hereby

**ORDERED** that Ms. Evans and her counsel shall have up to and including September 3, 2008, to file the above Opposition.  Additionally, in light of defendants' request for a due date of September 24, 2008, for their subsequent Reply, included with plaintiff's request, it is further

**ORDERED** that defendants shall have up to and including September 24, 2008, to file any Reply they may wish to make.

_____          _____
Date                                                                          Ellen S. Huvelle
                                                                                     United States District Judge

Copies to counsel
Via the Court's
CM/ECF notification system.