UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE EVANS<br><br>　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY, *et al.*,<br><br>　　Defendants. | Case No. 1:08–cv– 0875 –ESH<br><br><br><br>August 13, 2008 |

**PLAINTIFF'S SECOND CONSENT MOTION TO EXTEND TIME
TO AUGUST 25, 2008, TO FILE HER OPPOSITION
TO DEFENDANT WASHINGTON CENTER FOR INTERNSHIPS'
MOTION TO DISMISS COUNT I OF THE FIRST AMENDED COMPLAINT**

　　Plaintiff Jamie Evans, through counsel, files this motion to extend time to August 25, 2008, to file her opposition to Defendant Washington Center for Internships and Academic Seminars' (WCIAS') motion to dismiss. This opposition is currently due on or about August 18, 2008.

　　Ms. Evans' counsel telephoned Leslie Wiesenfelder, counsel for the Defendant WCIAS, earlier today to confer on this request, and Mr. Wiesenfelder consents to this extension. In further support of this motion, Ms. Evans states:

　　Since the filing of the previous extension request, the attorney with lead responsibility for preparing Ms. Evans' opposition has missed work on sick leave and for other medical and treatment appointments. An extension to August 25, 2008, will also help accommodate the summer business travel schedules of Ms. Evans' attorneys.

In addition, counsel are also responding to several other motions to dismiss, as well as motions and cross-motions for summary judgment during this same time period — some before this very Court.

Plaintiff seeks this extension in good faith. The extension will not prejudice any of the parties to this matter, and permitting Ms. Evans' counsel additional time to formulate her response will aid the parties and the Court in the development and resolution of this action.

## CONCLUSION

Accordingly, Ms. Evans respectfully requests that this Court extend the time for filing her opposition to WCIAS' motion to dismiss Count I of the First Amended Complaint to August 25, 2008. A draft Order accompanies this motion.

                          Respectfully submitted,

                          **KLIMASKI & ASSOCIATES, P.C.**

August 13, 2008                  */s/ James R. Klimaski*
                                        James R. Klimaski, #243543
                                        Lynn I. Miller, #941559
                                        Megins S. Skolnick, #498452

                                        Klimaski & Associates, P.C.
                                        1625 Massachusetts Ave., NW
                                        Suite 500
                                        Washington, D.C. 20036-2001
                                        (202) 296-5600
                                        Fax: (202) 296-5600
                                        Klimaski@Klimaskilaw.com
                                        Miller@Klimaskilaw.com

                                        ***Attorneys for Jamie Evans***

**Certificate of Service**

I certify that the foregoing *Plaintiff Jamie Evans' Consent Request for an Extension to Aug. 25, 2008, to File Her Opposition to Defendant WCIAS' motion to dismiss Count I of the First Amended Complaint* will be served to the following counsel for defendants through the Court's CM/ECF electronic notification system – upon the successful uploading and filing of electronic copies of the above – on August 13, 2008:

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Ave. NW
Suite 800
Washington, DC 20036-6802
Fax  202-776-4726
lwiesen@dowlohnes.com

Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
Fax  301-987-0971
alandlmc@aol.com

　　　　　　　　　　　　　　　　　　　　 */s/  Jon Pinkus*
　　　　　　　　　　　　　　　　　　　　Klimaski & Associates, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIE EVANS**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY,** *et al.,*<br><br>    **Defendants.** | Case No. 1:08–cv– 0875 –ESH |

### ORDER

In light of Ms. Evans' timely request for an extension to August 25, 2008, to file an opposition to The Washington Center for Internships' motion to dismiss Count I of Ms. Evans' first amended complaint, and The Center's consent to that request, it is hereby

**ORDERED** that Ms. Evans and her counsel shall have up to and including August 25, 2008, to file the above Opposition.

_____   _____
Date                                                              Ellen S. Huvelle
                                                                         United States District Judge


Copies to counsel
Via the Court's
CM/ECF notification system.