## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIE EVANS** | |
| **Plaintiff,** | |
| | **Case No. 1:08–cv– 0875 –ESH** |
| **v.** | |
| **WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY,** *et al.,* | **August 29, 2008** |
| **Defendants.** | |

### PLAINTIFF'S MOTION TO EXTEND TIME TO SEPTEMBER 8, 2008, TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS HER FIRST AMENDED COMPLAINT

Plaintiff Jamie Evans, through counsel, files this motion to extend time to September 8, 2008, file her opposition to Defendants' motion to dismiss. This opposition is currently due on September 3, 2008.

Today, August 29, 2008, Ms. Evans' counsel telephoned Alan Dumoff, counsel for the Defendants, to request his consent to this extension. Mr. Dumoff refused to consent.

In further support of this motion, Ms. Evans states:

The primary attorney for responding to this motion to dismiss, Lynn I. Miller, has had health issues which has interfered with her work. She also has been responsible for other lengthy responses to motions to dismiss and summary judgment motions, including two deadlines this week, August 25 and August 27, 2008.

Plaintiff seeks this extension in good faith.  The extension will not prejudice any of the parties to this matter, and permitting Ms. Evans' counsel additional time to formulate her response will aid the parties and the Court in the development and resolution of this motion.

## CONCLUSION

Accordingly, Ms. Evans respectfully requests that this Court extend the time for filing her opposition to Defendants' new motion to dismiss the First Amended Complaint to September 8, 2008.  A draft Order accompanies this motion.

Respectfully submitted,

**KLIMASKI & ASSOCIATES, P.C.**

August 29, 2008

 **/s/  James R. Klimaski**
James R. Klimaski, #243543
Lynn I. Miller, #941559

Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, D.C. 20036-2245
(202) 296-5600
Fax:  (202) 296-5600
Klimaski@Klimaskilaw.com
Miller@Klimaskilaw.com
Skolnick@Klimaskilaw.com

***Attorneys for Jamie Evans***

## Certificate of Service

I certify that the foregoing ***Plaintiff's Request for an Extension to Sept. 8, 2008, to File Her Opposition to Defendants' Motion to Dismiss the First Amended Complaint*** will be served to the following counsel for defendants through the Court's CM/ECF electronic notification system – upon the successful uploading and filing of electronic copies of the above – on August 29, 2008:

> Leslie H. Wiesenfelder
> Dow Lohnes PLLC
> 1200 New Hampshire Ave. NW
> Suite 800
> Washington, DC 20036-6802
> Fax  202-776-4726
> lwiesen@dowlohnes.com

> Alan Dumoff
> Law Office of Alan Dumoff
> 30 Windbrooke Circle
> Gaithersburg, MD 20879
> Fax  301-987-0971
> alandlmc@aol.com

*/s/ Jon Pinkus*
Klimaski & Associates, P.C.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIE EVANS** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:08–cv– 0875 –ESH** |
| **WASHINGTON CENTER FOR INTERNSHIPS AND ACADEMIC SEMINARS, STEVEN KULAWY,** *et al.,* | |
| **Defendants.** | |

## ORDER

In light of Ms. Evans' timely request for an extension to September 8, 2008, to file an opposition to defendants' motion dismiss Ms. Evans' first amended complaint, it is hereby

**ORDERED** that Ms. Evans and her counsel shall have up to and including September 8, 2008, to file the above Opposition.

_____          _____
Date                                                      Ellen S. Huvelle
                                                              United States District Judge

Copies to counsel
Via the Court's
CM/ECF notification system.