UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ms. Jamie Evans,<br><br>        Plaintiff,<br><br>    v.<br><br>The Washington Center for<br>Internships and Academic Seminars, et al.<br><br>        Defendants | Case No. 1:08-cv-00875 |

**OPPOSITION OF DEFENDANTS STEPHEN KULAWY, D.C., NATIONAL INTEGRATED HEALTH ASSOCIATES, LLC, CENTER FOR INTEGRATIVE BODY THERAPIES, AND DANIEL G. STORCK'S TO EVANS MOTION FOR AN EXTENSION OF TIME UNTIL SEPTEMBER 8, 2008**

When Plaintiff Evan's sought her first extension of time to file her opposition to the above-named Defendants Motion for Dismissal, seeking to extend the 11 days allowed by LCvR 7 for an additional 18 days, the undersigned counsel promptly consented. Now Plaintiff seeks an additional 6 days, asking a total of 35 days to respond. Defendants oppose this additional time for the following reasons:

1)      This case was initiated by Plaintiff and her counsel should have been prepared to respond to the motion to dismiss necessitated by their complaint, a motion Defendants were forced to make in timely fashion at considerable expense and burden. If Plaintiff is not prepared to follow-up on the case they initiated, and cannot even prepare a response within the generous additional time allowed by the Court and by consent, then they should not be heard to respond.

2)      Plaintiff's request for an extension was presented to counsel for Defendants on August 29th, the same day as their filing, which given the occurrence of labor day on Monday was

one business day before the opposition is due. Counsel for Plaintiff gave as her reason that she did not realize until this late in the schedule that the opposition could not be completed, and that she was unaware how lengthy the motion was until that day. To not even know the length of a motion to dismiss until one business day before it is due suggests a complete disregard for pursuing this case.

      3)      The issues presented in Defendants' motion were largely raised in previous filings. The issues of whether an intern has rights under the District of Columbia Human Rights Act ("DCHRA"), whether owners or managers are liable individually, whether the facts presented make out a *prima facie* case, among others, were all raised in previous filings against the original complaint as far back as June 19th, 2008. The issue of contributory negligence was raised in detail by Defendant Washington Center for Academic Internships and Academic Seminars and has already been responded to by Plaintiff on August 25th. Given that these previous filings, including responses already given by Plaintiff, constitute similar areas of argument and that a response is not required to new or surprising issues, there is no basis upon which the time to respond to Defendants' Motion to Dismiss should be extended yet again and the overall time to respond more than tripled.

      4)      Further, Plaintiff had an obligation to determine, prior to filing her complaint at all, if, *inter alia,* the DCHRA applies to interns and what facts would have to be plead to claim individual liability. Previous filings suggest that these matters had not been researched, and to request more time this far into the matter to respond to issues that not only have been previously raised by Defendant's filings, but which should have been researched as part of due diligence prior to filing, is not reasonable.

5) The undersigned counsel appreciates the health issues and time pressures on Plaintiff's attorney assigned to this case, but the firm has other attorneys, and in any event could have planned for this timing of this filing since its service of the amended complaint which began the countdown for motions practice.

WHEREFORE, Defendants respectfully request that Plaintiff's motion for an additional extension of time to respond to their Motion to Dismiss be DENIED.


/s/ Alan Dumoff
Alan Dumoff
Law Office of Alan Dumoff
30 Windbrooke Circle
Gaithersburg, MD 20879
D.C. bar No. 425926
voice: 301-987-0970
fax: 301-987-0971
alandlmc@aol.com


**CERTIFICATE OF SERVICE**

I certify that I have served the attached OPPOSITION OF DEFENDANTS STEPHEN KULAWY, D.C., NATIONAL INTEGRATED HEALTH ASSOCIATES, LLC, CENTER FOR INTEGRATIVE BODY THERAPIES, AND DANIEL G. STORCK'S TO EVANS MOTION FOR AN EXTENSION OF TIME upon the parties below by successfully filing it through the Courts' CM/ECF electronic notification system on September 2, 2008.

James R. Klimaski, Esq.
Klimaski & Associates P.C.
1625 Massachusetts Avenue, NW
Suite 500
Washington, D.C. 20036-2245

Leslie H. Weisenfelder, Esq.
D.C. Bar No 173500
Attorney for Defendant Washington Center for Internships and Academic Seminars.
Dow Lohnes, PLLC

1200 New Hampshire Avenue, NW
Suite 800
Washington, D.C. 20036
Voice: 202-776-2746
Fax: 202-776-4726
E-mail: lweisen@dowlohnes.com

Date: September 2, 2008                         /s/ Alan Dumoff
                                                Alan Dumoff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ms. Jamie Evans, <br><br> Plaintiff, <br><br> v. <br><br> The Washington Center for <br> Internships and Academic Seminars, et al. <br><br> Defendants | Case No. 1:08-cv-00875 |

**ORDER**

UPON CONSIDERATION of the **PLAINTIFF'S MOTION TO EXTEND TIME TO SEPTEMBER 8, 2008, TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS HER FIRST AMENDED COMPLAINT,** and the OPPOSITION filed thereto, it is this _____ day of 2008,

HEREBY ORDERED **that Plaintiff's Request for an Extension be DENIED.**


Dated: _____        _____
                                   Honorable Judge Helen Segal Huvelle

copies via CM/ECF system, or:

cc:   Alan Dumoff, Esq.
      D.C. Bar No. 425926
      Attorney for Storck, CIBT, NIHA, Kulawy
      Law Office of Alan Dumoff
      30 Windbrooke Circle
      Gaithersburg, MD 20879
      Voice: 301-987-0970
      Fax: 301-987-0971
      E-mail: alandlmc@aol.com

Leslie H. Weisenfelder, Esq.
D.C. Bar No, 173500
Attorney for Defendant Washington Center for Internships and Academic Seminars.
Dow Lohnes, PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, D.C. 20036
Voice: 202-776-2746
Fax: 202-776-4726
E-mail: lweisen@dowlohnes.com

James R. Klimaski, Esq.
Bar No. 243543
Attorney for Jamie Evans
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC 20036-2245
Voice: (202) 296-5600
Fax: (202) 296-5601
klimaski@klimaskilaw.com